# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

FRIEND-SMITH & CO., INC.

    Plaintiff

vs.                                    Civil 97-1905 (PG)

JUNIOR A'S INTERNATIONAL, INC.
et al

    Defendants

------------------------------------------------

**ORDER TO SHOW CAUSE**

It appears from the docket of this case that no action has been taken since August 2, 1999. Plaintiff's attorney, Eugenio C. Romero, is hereby granted 10 days to show cause why this case should not be DISMISSED, for lack of prosecution.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 17th day of February, 2000.

                                      JUAN M. PEREZ-GIMENEZ
                                      U. S. District Judge

*Received & Filed '00 FEB 22 AM 6:41 - Clerk's Office, U.S. District Court, San Juan, PR*