UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAR 27 AM 6:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

FRIEND-SMITH & CO., INC.
    Plaintiff,

v.                                          Civil No. 97-1905(PG)

JUNIOR A'S INTERNATIONAL, INC., et al,
    Defendants.

| MOTION | ORDER |
| --- | --- |
| Docket #14 - Motion In Compliance With Order To Show Cause. | Noted. A Status Conference is set for April 11, 2000 at 8:30 A.m. |

Date: _____March 23_____, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge