# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: April 11, 2000 |
| COURTROOM DEPUTY: Lida Isis EGELE | CIVIL CASE: 97-1905 (PG) |

========================================================================

| | |
|---|---|
| FRIEND-SMITH & CO., INC. | <u>Attorneys:</u> Eugenio ROMERO |
| vs. | |
| JUNIOR A'S INTERNATIONAL, INC., et al | Luis ANGELET FRAU<br>Danilo EBOLI<br>Marshal MORGAN |

========================================================================

STATUS CONFERENCE held in chambers. Defendant Dolly, Inc., has filed a motion to dismiss for lack of prosecution and defendant Jorge Mekse joined it (dkts. 14 and 15). This motion stands submitted.

Plaintiff's expert is Richard Reiss Huyke, an economist. His report will be turned over by mid June. The Court grants plaintiff until June 9 to submit the report. His deposition is set for July 12, 2000, at 9:00 A.M. By July 28 the defendants are to announce their expert. If they do announce an expert, his/her report will be due on August 25, 2000, and his/her deposition shall be taken the following week.

The plaintiffs want to take the deposition of Rossana Ferrer. It is set for July 10, 2000.

Any dispositive motion is to be filed by August 25, 2000.

Civil 97-1905 (PG)                                                                                        Page 2
April 11, 2000
================================================================

        **The pretrial conference is set for September 7, 2000, at 8 :30 A.M.**

*[signature]*
Lida Isis EGELE
Courtroom Deputy

s/c:   All counsel of record.