IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JUL 28 PM 2:32

| | |
|---|---|
| Monestina-García, et al vs. Royal Bank of Canada | CIV. NO. 96-1548 (JAG) |
| Productos Borden vs. S.A. Chupa Chups | 96-1804 |
| Precious Moments vs. La Infantil, Inc. | 97-1635 |
| Presbyterian Comm. vs. Centro Tomográfico | 97-1890 |
| Friend-Smith & Co. vs. Junio A'S Int'L. | 97-1905 |
| Castañeda-González vs. Defendini | 97-2112 |
| Lugo-Torres, et al vs. Torres-Maldonado | 97-2440 |
| Vieques Conservation, et al vs. Cuomo | 97-2905 |
| Montero, et al vs. Ford Motor Company | 98-1225 |
| Trabal-Hernández, et al vs. Sea Land Services | 98-1233 |
| Salva vs. Corporate Realty | 98-1291 |
| Díaz-Ortiz, et al vs. Adm. Inst. Juveniles | 98-1369 |
| Mateco, Inc., et al vs. M/V Elli | 98-1525 |
| De Jesús-Auli vs. Johnson & Johnson | 98-1732 |
| Vieques Conservation, et al vs. Daley | 98-2017 |
| Santana-Mejías vs. Charlie Auto Sales | 98-2066 |
| Flores-Arzuaga, et al vs. Commonwealth of PR | 98-2080 |
| Colom-González, et al vs. Black and Decker | 98-2137 |
| Bernabel-Díaz, et al vs. Bristol Laboratories | 99-1024 |
| Serrano-Strubbe vs. Montañez-Falcón | 99-1056 |
| Montes-Albo, et al vs. Garvey | 99-1238 |
| Alicea-Baez vs. Cruz-López | 99-1323 |
| Santiago-Kilgore vs. Clubman Mgmt., Inc. | 99-1331 |
| Cirino-Ercarnación vs. Concilio de Salud | 99-1384 |
| Morales-Ferrer, et al vs. Toa Baja Municipality | 99-1421 |
| Suárez & Co. vs. Dow Brands, Inc. | 99-1461 |
| Ferreteria Re-Ace vs. Heil Environmental | 99-1820 |
| Turabao Medical vs. Aetna U.S. Health | 99-2063 |

### MEMORANDUM OF THE CLERK

Pursuant to the Judges' agreement to the reassignment of forty-five cases per judge to the docket of the Honorable Jay García-Gregory, who will take the oath of office effective August 1, 2000, these cases are reassign to Judge García-Gregory.



IT IS SO ORDERED.

In San Juan, Puerto Rico this 28th day of July, 2000.

                                      FRANCES RIOS DE MORAN
                                      Clerk of Court

By:   JOSE M. MORALES
       Chief Deputy Clerk