UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                      DATE: JULY 28, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**              **CASE NO. CIVIL 97-1905**

===============================================================

| | |
|---|---|
| FRIEND SMITH & CO. INC, | Attorneys: For Plaintiffs: |
| VS | For Defendant: |
| JUNIOR A'S INTERNATIONAL INC. | |

===============================================================

This is one of the cases that has recently been transferred to Judge Garcia Gregory. The same has set a pretrial conference for Thursday, September 7, 2000. The hour has been changed for 10:00 AM and the same will be held before Judge Garcia. Parties to be notified

_____
LILY ALICEA
COURTROOM DEPUTY