UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRIEND-SMITH & CO., INC.

    Plaintiff(s)

    v.                        CIVIL NUMBER: 97-1905 (JAG)

JUNIOR A'S INTERNATIONAL, INC.,
DOLLY, INC., ET AL

    Defendant(s)

| MOTION | ORDER |
| --- | --- |
| Date Filed: 06/09/00<br>Title: Informative Motion<br>Docket: #21<br>[x] Plffs  [ ] Defts  [ ] Other | The motion is granted and the case against Dolly, Inc. is hereby dismissed without prejudice. |

| MOTION | ORDER |
| --- | --- |
| Date Filed: 06/09/00<br>Title: Dolly, Inc.'s Request for Leave to File a Sur-Reply, etc.<br>Docket: #17<br>[ ] Plffs  [x] Defts  [ ] Other | MOOT. |

Date: 8/29/00

JAY A. GARCIA-GREGORY
U.S. District Judge

