UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRIEND SMITH & CO., INC.

Plaintiff(s)

v.                                          CIVIL NUMBER: 97-1905 (JAG)

JUNIOR A'S INTERNATIONAL, INC.,
DOLLY, INC., ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/15/00<br>**Title:** Motion Joining Co-Defendant Dolly, Inc.'s Request for Dismissal, etc.<br>**Docket:** 16<br>[ ] Plffs  [x] Defts  [ ] Other | **MOOT.** See Docket 15. |
| **Date Filed:** 08/25/00<br>**Title:** Request for Default Judgment and Conversion of Pre-Trial Conference to a Status Conference<br>**Docket:** 25<br>[x] Plffs  [ ] Defts  [ ] Other | The plaintiff's request to convert Pre-Trial conference to a status conference is **GRANTED**. The plaintiff's request for a default judgment against Junior A's International is **GRANTED.** Default judgment is hereby entered against defendant Junior A's International.<br><br>Since the plaintiff has noted its expectation to settle this matter with defendant Mekse prior to the status Conference, the Court expresses its earnest hope that the parties will have settled by that time. |

Date: 09/05/00                           JAY A. GARCIA-GREGORY
                                         U.S. District Judge