UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: SEPTEMBER 7, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          **CASE NO. CIVIL 97-1905**

================================================================

FRIEND-SMITH & COMPANY                Attorneys:
                                      For Plaintiffs:

      VS
                                      For Defendant:
JUNIOR A'S INTERNATIONAL
INC.

================================================================

    Case called for status conference. Parties inform the Court that the case has been settled as to Mekse Enterprises. The motion for voluntary dismissal with prejudice was filed and granted by the Court. The case had been settled as to Dolly, Inc. The only thing pending before the Court would be a default hearing to establish damages as to Junior A's.

    The Court sets the hearing for **Thursday, November 9, 2000 at 10:00 AM. Junior A's is to be notified of this default hearing.**

    Parties to be notified.

                                                       _____
                                                        LILY ALICEA
                                                      COURTROOM DEPUTY