UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRIEND-SMITH & CO., INC.

Plaintiff(s)

v.  CIVIL NUMBER: 97-1905 (JAG)

JUNIOR A'S INTRNATIONAL, INC., ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/06/00<br>**Title:** Motion Requesting Clarification of Order or in the Alternative for Reconsideration<br>**Docket:** 30<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED** as requested. The Court's Order should have properly read "the case against Dolly, Inc. is hereby dismissed with prejudice". |

Date: 09/18/00

JAY A. GARCIA-GREGORY
U.S. District Judge