UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: NOVEMBER 8, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        CASE NO. CIVIL 97-1905 (JAG)

==================================================================

FRIEND SMITH                              Attorneys:
                                          For Plantiff:

                                          For Defendant:
JUNIOR A'S
==================================================================

At the request of attorney for plaintiff the default hearing in the above-mentioned case set for tomorrow, November 9, 2000 is set aside. The ten days extension of time requested to finalize settlement negotiations is granted. If the same were not fruitful attorney should request the setting of the default hearing again.

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy