IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRIEND-SMITH & CO., INC.

    Plaintiff(s)

v.   CIVIL NO. 97-1905 (JAG)

JUNIOR A'S INTERNATIONAL, INC.,
ET AL

    Defendant(s)

## JUDGMENT

Judgment is entered on the "Motion for Voluntary Dismissal of Pending Claims" filed by the plaintiff, Friend-Smith & Co., Inc. on November 29, 2000, Docket No. 34.

This case is now closed for all purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of December, 2000.

                                              JAY A. GARCIA-GREGORY
                                              U.S. District Judge