# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

FRIEND-SMITH & CO., INC.

**Plaintiff(s)**

v.  CIVIL NUMBER: 97-1905 (JAG)

JUNIOR A'S INTERNATIONAL, INC., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/29/00<br>**Title:** Motion for Voluntary Dismissal of Pending Claims<br>**Docket:** 34<br>[ ] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** Voluntary dismissal of plaintiff's claims against defendant Junior A's International, Inc. is accepted. |

**Date:** December 11, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

